United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50447-KMS
Olivia Carolyn Wilkinson Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jul 16, 2025      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Olivia Carolyn Wilkinson, 97 Salem Church Rd, Collins, MS 39428-5963 |
| 5491980 | + | Berman & Robin, 15280 Metcalf, Overland Park, KS 66223-2806 |
| 5491981 | + | Big Star Credit, 725 E Covey Ln, Phoenix, AZ 85024-5645 |
| 5491984 | + | Buckwalter Maintenance, 20 Towne Dr, Bluffton, SC 29910-4204 |
| 5491990 | + | Dominion Energy SC, 400 Otarre Pkwy, Cayce, SC 29033-3751 |
| 5491991 | + | Easy Cash ASAP, 10540 Marty St, Ste 200, Overland Park, KS 66212-2560 |
| 5491993 | | Forest General Hospita, 6051 US 49, Hattiesburg, MS 39401 |
| 5491999 | + | Pine Belt Dermatology, 102 E Hospital Dr, Hattiesburg, MS 39402-1310 |
| 5492007 | | US Dept of VA, PO Box 530269, Atlanta, GA 30353-0269 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jul 16 2025 23:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Jul 16 2025 23:30:00 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jul 16 2025 23:30:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5491979 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 16 2025 19:32:00 | American Honda Finance, P.O. Box 168088, Irving, TX 75016 |
| 5491978 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 16 2025 19:39:58 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5491982 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 16 2025 19:32:00 | Bridgecrest Acceptance, Po Box 53087, Suite 100, Phoenix, AZ 85072-3087 |
| 5503567 | + | EDI: AISACG.COM | Jul 16 2025 23:30:00 | Bridgecrest Credit Company, LLC as, Agent and Servicer for Carvana, LLC,, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5491983 | + | Email/Text: customerservice@brightlending.com | Jul 16 2025 19:32:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5491989 | | Email/Text: correspondence@credit-control.com | Jul 16 2025 19:32:00 | Credit Control, LLC, PO Box 187, Hazelwood, MO 63042 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5491985 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 16 2025 19:31:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5491986 | | EDI: WFNNB.COM | Jul 16 2025 23:30:00 | Comenity, PO Box 182273, Columbus, OH 43218-2273 |
| 5491988 | + | EDI: CCS.COM | Jul 16 2025 23:30:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5491992 | ^ | MEBN | Jul 16 2025 19:31:13 | Explore Credit, P.O. Box 260269, Atlanta, GA 31126-0269 |
| 5491994 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jul 16 2025 19:32:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5491995 | | Email/Text: bankruptcynotifications@leafyfinancial.com | Jul 16 2025 19:32:00 | Leafy Financial Llc, Attn: Bankruptcy, 2921 Brown Trail, Ste 250, Bedford, TX 76021 |
| 5491996 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2025 19:40:04 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5491997 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2025 19:32:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5491998 | + | EDI: AGFINANCE.COM | Jul 16 2025 23:30:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5492000 | ^ | MEBN | Jul 16 2025 19:31:24 | Pioneer Credit Recover, PO Box 189, Arcade, NY 14009-0189 |
| 5492001 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 16 2025 19:31:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5492002 | + | Email/Text: bkinfo@ccfi.com | Jul 16 2025 19:32:00 | Speedy Cash, 5165 Emerald Pkwy, Ste 100, Dublin, OH 43017-1095 |
| 5492003 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 16 2025 19:31:00 | Sunrise Credit, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5492004 | + | EDI: WTRRNBANK.COM | Jul 16 2025 23:30:00 | Target, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5492005 | | Email/Text: bankruptcies@uplift.com | Jul 16 2025 19:31:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 5492006 | ^ | MEBN | Jul 16 2025 19:31:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5492008 | + | Email/Text: ebone.woods@usdoj.gov | Jul 16 2025 19:32:00 | US Dept of VA, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5492010 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 16 2025 19:53:31 | Wells Fargo Bank, PO Box 5058, Portland, OR 97208-5058 |
| 5492009 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 16 2025 19:53:28 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5491987 | ##+ | Comprehensive Rad Serv, 5000 W 4th St, Hattiesburg, MS 39402-1000 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 37 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Olivia Carolyn Wilkinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Olivia Carolyn Wilkinson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4330** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–50447–KMS** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Olivia Carolyn Wilkinson**

Dated: 7/16/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**